# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Jesse Bonales
929 Florida Ave NW Unit# 5001
Washington, D.C. 20001

VS.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS, A LINCOLN
FINANCIAL GROUP
P.O. BOX 7213
LONDON, KY 40742-7213

WELLS FARGO & COMPANY
ATTN: LEAVE MANAGEMENT
100 W WASHINGTON 10TH FLOOR
PHOENIX, AZ 85003

Case: 1:20-cv-02931 JURY DEMAND
Assigned To : Cooper, Christopher R.
Assign. Date : 10/4/2020
Description: Pro Se Gen. Civ. (F-DECK)

# COMPLAINT

   Plaintiff Jesse Bonales brings this civil action, under section 502(a) of Employee Retirement Income Security Act (ERISA), before the court against Liberty Life Assurance Company of Boston, a Lincoln Financial Group on behalf of the Plan Sponsor, Wells Fargo & Company. Liberty Life Assurance Company of Boston failed to grant short term disability benefits beyond March 16, 2019. Although benefits were paid to plaintiff from October 31, 2018 to March 16, 2019 the decision to deny benefits beyond March 16, 2019 was maintained for dates March 17, 2019 to May 12, 2019 for short term disability. The court will find that Plaintiff was diagnosed by both his Primary Care Physician and treating Psychologist to meet diagnostic criteria for short term disability with full pay. Both Plaintiff's physicians Dr. Chad Niemeyer, Primary Care Physician at MedStar Health and Dr. Gregory Jones, Psy.D. for Capital Center for Psychotherapy and Wellness provided countless letters and medical records demonstrating evidence that Plaintiff was not suited to return to work during the period of March 17, 2019 to May 12, 2019 at which time Liberty Life Assurance Company of Boston on behalf of the Plan

Sponsor, Wells Fargo & Company approved plaintiff's leave of absence with pay for a period of time however denied disability benefits for a portion of the time. Evidence of Plaintiff's doctor's notes and letters may be provided to the court in addition to the letter from physician Dr. Andrew Toth of DC Chiropractic and Sports Injury Clinic. Plaintiff received treatment from Physicians at the recommendation of primary care physician. Plaintiff did not discuss details of his disability with treating physician Chiropractor Dr. Toth. Liberty Life Assurance Company of Boston on behalf of the Plan Sponsor, Wells Fargo & Company directed a third party to contact Dr. Toth to discuss Plaintiff's disability however. Plaintiff had not discussed his disability with his Chiropractor Dr. Toth as Plaintiff was being treated by a Psychologist and Primary Care Physician for his disability. Chiropractor Dr. Toth was asked questions that were not germane to his field of work and therefore was unable to provide a response that was satisfactory to Liberty Life Assurance Company of Boston on behalf of the Plan Sponsor, Wells Fargo & Company. Plaintiff was treated by a Psychologist Dr. Jones at the recommendation of his Primary Care Physician Dr. Niemeyer to address his disability in an effort to return plaintiff to work and evidence of such treatment was provided to plan administrator Liberty Life Assurance Company of Boston, a Lincoln Financial Group on behalf of the Plan Sponsor, Wells Fargo & Company. Plaintiff was also referred to Chiropractor Dr. Toth to address physical impacts that his disability was presenting. Dr. Niemeyer appropriately diagnosed Plaintiff Jesse Bonales and sought Psychological treatment for Plaintiff by referring plaintiff to Dr. Gregory Jones, Psy.D which combined with treatment from Dr. Toth returned Plaintiff to work on May 13, 2019 after plaintiff accepted a role reporting to a new manager.

Plaintiff remained employed by Wells Fargo & Company in a role that was 100% commission based from May 13th 2019 to August 3 2020 at which time his salary was reduced to five time less than the salary he had received in previous years due to his situation. Both his primary care physician and psychologist made it a prerequisite for him to remove himself from the toxic environment that he was in to return to work. Plaintiff's move from previous role was necessary as Wells Fargo & Company provided that Plaintiff's only options were to make the move or resign. Plaintiff's physicians did not give Plaintiff the option to return to the working conditions during that time. Plaintiff is seeking eight weeks and one day of pay from March 17, 2019 to May 12, 2019 in the amount of $27,243.83. This amount includes Plaintiff's bi-weekly gross salary with $590.31 deposited into 401k account, in addition to $70 of WF Stock Purchase Plan, and the $400 filing fee. Plaintiff will provide letters and records from Physicians in addition to paystub to help illustrate a full picture of loss during discovery if necessary and will ask the court at that time to seal such records as plaintiff is still employed by Wells Fargo and wishes to keep his medical record in addition to details of salary confidential. The plaintiff would like to thank the court for its consideration of granting lost wages for short term disability and overturning Liberty Life Assurance Company of Boston, a Lincoln Financial Group on behalf of the Plan Sponsor, Wells Fargo & Company's denial of benefit during the time period referenced above of March 17, 2019 to May 12, 2019 based on the supporting evidence provided by multiple physicians.

Plaintiff is seeking eight weeks and one day of pay from March 17, 2019 to May 12, 2019 in the amount of $27,243.83.

*[signature]* 10/2/20

JESSE BONALES
929 FLORIDA AVE NW UNIT# 5001
WASHINGTON, D.C. 20001

FILING DEPOSITORY

2020 OCT -4 PM 4: 55

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Jesse Bonales
929 Florida Ave NW Unit# 5001
Washington, D.C. 20001

VS.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS, A LINCOLN
FINANCIAL GROUP
P.O. BOX 7213
LONDON, KY 40742-7213

WELLS FARGO & COMPANY
ATTN: LEAVE MANAGEMENT
100 W WASHINGTON 10TH FLOOR
PHOENIX, AZ 85003

## COMPLAINT

Plaintiff Jesse Bonales brings this civil action, under section 502(a) of Employee Retirement Income Security Act (ERISA), before the court against Liberty Life Assurance Company of Boston, a Lincoln Financial Group on behalf of the Plan Sponsor, Wells Fargo & Company. Liberty Life Assurance Company of Boston failed to grant short term disability benefits beyond March 16, 2019. Although benefits were paid to plaintiff from October 31, 2018 to March 16, 2019 the decision to deny benefits beyond March 16, 2019 was maintained for dates March 17, 2019 to May 12, 2019 for short term disability. The court will find that Plaintiff was diagnosed by both his Primary Care Physician and treating Psychologist to meet diagnostic criteria for short term disability with full pay. Both Plaintiff's physicians Dr. Chad Niemeyer, Primary Care Physician at MedStar Health and Dr. Gregory Jones, Psy.D. for Capital Center for Psychotherapy and Wellness provided countless letters and medical records demonstrating evidence that Plaintiff was not suited to return to work during the period of March 17, 2019 to May 12, 2019 at which time Liberty Life Assurance Company of Boston on behalf of the Plan

Sponsor, Wells Fargo & Company approved plaintiff's leave of absence with pay for a period of time however denied disability benefits for a portion of the time. Evidence of Plaintiff's doctor's notes and letters may be provided to the court in addition to the letter from physician Dr. Andrew Toth of DC Chiropractic and Sports Injury Clinic. Plaintiff received treatment from Physicians at the recommendation of primary care physician. Plaintiff did not discuss details of his disability with treating physician Chiropractor Dr. Toth. Liberty Life Assurance Company of Boston on behalf of the Plan Sponsor, Wells Fargo & Company directed a third party to contact Dr. Toth to discuss Plaintiff's disability however. Plaintiff had not discussed his disability with his Chiropractor Dr. Toth as Plaintiff was being treated by a Psychologist and Primary Care Physician for his disability. Chiropractor Dr. Toth was asked questions that were not germane to his field of work and therefore was unable to provide a response that was satisfactory to Liberty Life Assurance Company of Boston on behalf of the Plan Sponsor, Wells Fargo & Company. Plaintiff was treated by a Psychologist Dr. Jones at the recommendation of his Primary Care Physician Dr. Niemeyer to address his disability in an effort to return plaintiff to work and evidence of such treatment was provided to plan administrator Liberty Life Assurance Company of Boston, a Lincoln Financial Group on behalf of the Plan Sponsor, Wells Fargo & Company. Plaintiff was also referred to Chiropractor Dr. Toth to address physical impacts that his disability was presenting. Dr. Niemeyer appropriately diagnosed Plaintiff Jesse Bonales and sought Psychological treatment for Plaintiff by referring plaintiff to Dr. Gregory Jones, Psy.D which combined with treatment from Dr. Toth returned Plaintiff to work on May 13, 2019 after plaintiff accepted a role reporting to a new manager.


Plaintiff remained employed by Wells Fargo & Company in a role that was 100% commission based from May 13th 2019 to August 3 2020 at which time his salary was reduced to five time less than the salary he had received in previous years due to his situation. Both his primary care physician and psychologist made it a prerequisite for him to remove himself from the toxic environment that he was in to return to work. Plaintiff's move from previous role was necessary as Wells Fargo & Company provided that Plaintiff's only options were to make the move or resign. Plaintiff's physicians did not give Plaintiff the option to return to the working conditions during that time. Plaintiff is seeking eight weeks and one day of pay from March 17, 2019 to May 12, 2019 in the amount of $27,243.83. This amount includes Plaintiff's bi-weekly gross salary with $590.31 deposited into 401k account, in addition to $70 of WF Stock Purchase Plan, and the $400 filing fee. Plaintiff will provide letters and records from Physicians in addition to paystub to help illustrate a full picture of loss during discovery if necessary and will ask the court at that time to seal such records as plaintiff is still employed by Wells Fargo and wishes to keep his medical record in addition to details of salary confidential. The plaintiff would like to thank the court for its consideration of granting lost wages for short term disability and overturning Liberty Life Assurance Company of Boston, a Lincoln Financial Group on behalf of the Plan Sponsor, Wells Fargo & Company's denial of benefit during the time period referenced above of March 17, 2019 to May 12, 2019 based on the supporting evidence provided by multiple physicians.

Plaintiff is seeking eight weeks and one day of pay from March 17, 2019 to May 12, 2019 in the amount of $27,243.83.

10/2/20

JESSE BONALES
929 FLORIDA AVE NW UNIT# 5001
WASHINGTON, D.C. 20001

FILING DEPOSITORY

2020 OCT -4 PM 4: 56

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT