# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE BONALES, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY LIFE ASSURANCE )<br>COMPANY OF BOSTON GROUP )<br>BENEFITS DISABILITY CLAIMS, et. al. )<br>      Defendant. )<br>) | Case No.:   1:20 – cv – 02931 CRC |

## STIPULATION OF DISMISSAL

**COMES NOW** the Plaintiff Jesse Bonales and the defendants, by and through undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

August 24, 2021

**/s/ William C. Johnson, Jr.**
The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
Fed. Bar #470314
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(202) 525-2958
William@JohnsonLG.Law

**/s/ Margaret Jacobsen Scheele**
Margaret Jacobsen Scheele, Esq.
Fisher & Phillips, LLP
7501 Wisconsin Ave.
Suite 1220 West
Bethesda, Maryland 20814
(301) 951-1577
mscheele@fisherphillips.com

**/s/ Kathleen McLeod Caminiti**
Kathleen McLeod Caminiti, Esq., *Pro Hac Vice*
Fisher & Phillips, LLP
Fed. Bar #
430 Mountain Ave.
Suite 303
Murray Hill, New Jersey 07974
(908) 516-1050
kcaminiti@fisherphillips.com